UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 15, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL ARAUZA,<br><br>　　　　　Defendant. | Case No.  2:24-mj-00135-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RAFAEL ARAUZA ,

Case No.  2:24-mj-00135-AC , Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

　　X　  Unsecured Appearance Bond $   10,000.00

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

　　X　  (Other): The defendants release is delayed until November 18, 2024 at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 15, 2024, at 3:30 PM.

By:  _/s/ Allison Claire_____

　　　　Magistrate Judge Allison Claire