```
PHILLIP A. TALBERT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL ARAUZA, and<br><br>YAIR ABELARDO ZUNIGA,<br><br>Defendants. | CASE NO. 2:24-MJ-00135 AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: November 22, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Chi Soo Kim |

Plaintiff United States of America, by and through its attorney of record, Special Assistant United States Attorney MATTHEW DE MOURA, and defendants RAFAEL ARAUZA and YAIR ABELARDO ZUNIGA, both individually and by and through their counsel of record, DAVID FISCHER and ALONZO GRADFORD, hereby stipulate as follows:

1. The Complaint in this case was filed on November 5, 2024, and defendants first appeared before a judicial officer of the Court in which the charges in this case were pending on November 8, 2024. The court set a preliminary hearing date of November 22, 2024.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to December 17, 2024 2024, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of

the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between November 22, 2024, and December 17, 2024, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 21, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ MATTHEW DE MOURA<br>MATTHEW DE MOURA<br>Special Assistant United States Attorney |
| Dated: November 20, 2024 | /s/ ALONZO GRADFORD<br>ALONZO GRADFORD<br>Counsel for Defendant<br>RAFAEL ARAUZA |
| Dated: November 20, 2024 | /s/ DAVID FISCHER<br>DAVID FISCHER<br>Counsel for Defendant<br>YAIR ABELARDO ZUNIGA |

STIPULATION

2

PHILLIP A. TALBERT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL ARAUZA, and<br><br>YAIR ABELARDO ZUNIGA,<br><br>Defendants. | CASE NO. 2:24-MJ-00135 AC<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: November 22, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Chi Soo Kim |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on November 20, 2024. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to December 17, 2024, at 2:00 p.m.

2. The time between November 22, 2024, and December 17, 2024, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: November 21, 2024

The Honorable Chi Soo Kim
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER                    2