DAVID D. FISCHER, CA SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd Ste 311
Rocklin, CA 95765
Phone: (916) 447-8600
Fax: (916) 930-6482
E-mail: david.fischer@fischerlawoffice.com

Attorney for Defendant
YAIR ZUNIGA, II

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>RAFAEL ARAUZA<br>YAIR ZUNIGA, II.,<br><br>       Defendants. | CASE NO.  2:24-CR-0319-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 13, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

This case is set for a status conference on March 30, 2026. By this stipulation, the parties request a continuance of the status conference to **July 13, 2026 at 10:00 a.m.**, and to exclude time under Local Code T4, for the reasons set forth below.

<strong>STIPULATION</strong>

Plaintiff United States of America, by and through its counsel of record, Matthew De Moura and Charles Campbell, and defendant Rafael Arauza, by and through his counsel of record Robert Forkner, and defendant Yair Zuniga II, by and through his counsel of record, David D. Fischer, hereby stipulate as follows:

1.     By previous order, this matter was set for status on March 30, 2026.

2.     By this stipulation, defendants now move to continue the status conference until July 13, 2026, and to exclude time between March 30, 2026 and July 13, 2026, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

a)      On May 2, 2025, the government produced discovery for this case consisting of 1350 documents and native files subject to a protective order consisting of hundreds of pages of discovery, including numerous photographs, audio files, and audio/video discovery, as well as police reports and criminal history documents.

b)      Counsel for defendants desires additional time to consult with their clients, review the current charges, conduct investigations and research related to the charges, review discovery, consider whether to request additional discovery, prepare pretrial motions, and otherwise prepare for trial..

c)      Counsel for defendants needs additional time to review the discovery in this case, to conduct independent factual investigation, to research trial and sentencing issues, to consult with his client, and to otherwise prepare for trial.

d)      Counsel for defendant Zuniga has recently concluded the murder trial that required extensive work between December 2025 and mid-March 2026. A continuance is also needed for continuity of counsel.

e)      Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)      The government does not object to the continuance.

g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of  March 30, 2026 to July 13, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 25, 2026                                    ERIC GRANT
                                                        United States Attorney

                                                        /s/ *Charles Campbell*
                                                        CHARLES CAMPBELL
                                                        Assistant United States Attorney
                                                        MATTHEW DE MOURA
                                                        Special Assistant United States
                                                        Attorney

Dated: March 25, 2026                                   /s/ *Robert Forkner*
                                                        ROBERT L. FORKNER
                                                        Counsel for Defendant
                                                        RAFAEL ARAUZA

Dated: March 25, 2026                                   /s/ *David D. Fischer*
                                                        DAVID D. FISCHER
                                                        Counsel for Defendant
                                                        YAIR ZUNIGA, II

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED .


Dated:  March 26, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4