ROBERT L. FORKNER      (CSB# 166097)
LAW OFFICES OF ROBERT L. FORKNER
722 Thirteenth Street
Modesto, CA 95354
Ph: 209-544-0200
Fx: 209-544-1860

Attorneys for Defendant
ARAUZA, RAFAEL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL ARAUZA<br>YAIR ZUNIGA, II.,<br><br>Defendant. | CASE NO.: 2:24-CR-00319-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 19, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

This case is set for a status conference on July 13, 2026. By this stipulation, the parties request a continuance of the status conference to October 19, 2026 at 10:00 a.m., and to exclude time under Local Code T4, for the reasons set forth below.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Matthew De Moura and Charles Campbell, and defendant Rafael Arauza, by and through his counsel of record Robert L.Forkner, and defendant Yair Zuniga II, by and through his counsel of record, David D. Fischer, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 13, 2026.

2.      By this stipulation, defendants now move to continue the status conference until October 19, 2026, and to exclude time between July 13, 2026 and October 19, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

a)      Counsel for the defendants requests additional time to consult with their clients, review the current charges, conduct further investigation and legal research related to the charges, and review the discovery materials.

b)      Counsel for the defendants needs additional time to thoroughly review the discovery in this case, evaluate potential sentencing issues, and consult with his client.

c)      Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 13, 2026 to October 19, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trail.

IT IS SO STIPULATED.

Dated: July 8, 2026

ERIC GRANT
United States Attorney

*/s/ Charles Campbell*
CHARLES CAMPBELL
Assistant United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney

Dated: July 8, 2026

*/s/ Robert L. Forkner*
ROBERT L. FORKNER
Counsel for Defendant
RAFAEL ARAUZA

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: July 8, 2026

/s/ David D. Fischer
DAVID D. FISCHER
Counsel for Defendant
YAIR ZUNIGA, II

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  July 9, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE